UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRODERICK WARFIELD,

    Plaintiff,

  v.

BEN LEWIS,

    Defendant.

Case No. 16-cv-05172-KAW

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 5

On September 8, 2016, Plaintiff Broderick Warfield filed a complaint, along with a motion for leave to proceed in forma pauperis ("IFP application). (Dkt. Nos. 1, 2.) On September 21, 2016, the Court denied the IFP application because it was incomplete, and ordered Plaintiff to submit a completed IFP application or pay the filing fee by October 14, 2016. (Dkt. No. 5.)

As of October 28, 2016, Plaintiff has not submitted a completed IFP application or paid the filing fee. Therefore, Plaintiff is ordered, on or before **November 14, 2016**, to 1) submit a completed IFP application or pay the filing fee, and 2) respond to this order to show cause by explaining why he did not comply with the October 14, 2016 deadline. Failure to complete both tasks by November 11, 2016 may result in the dismissal of this action without prejudice.

IT IS SO ORDERED.

Dated: October 31, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge