IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRODERICK WARFIELD,<br><br>         Plaintiff,<br><br>   v.<br><br>BEN LEWIS,<br><br>         Defendant. | No. 16-cv-5172 CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION IN PART AND DISMISSING CASE WITH PREJUDICE** |

The Court has reviewed Magistrate Judge Westmore's Report and Recommendation (dkt. 7), and notes that more than fourteen days have passed and no opposition has been filed. The Court finds the Report correct, well-reasoned, and thorough, and ADOPTS it in every respect, except that the Court finds that dismissal should be with prejudice. A dismissal under Federal Rule of Civil Procedure 41(b) "operates as an adjudication on the merits" – and therefore results in dismissal with prejudice unless otherwise stated. See Semtek Intern. Inc. v. Lockheed Martin Corp., 531 U.S. 497, 505 (2001). Plaintiff filed his complaint and initial application to proceed in forma pauperis on September 8, 2016 but has taken no action since despite repeated admonitions to do so. See Order on IFP Mot. (dkt. 5); OSC (dkt. 6). Accordingly, the Court DISMISSES the case WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: January 6, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE